UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINEERS' LOCAL 324
FRINGE BENEFIT FUNDS,

    Plaintiff,

v.                                            Case No. 10-15072

DEMREX INDUSTRIAL SERVICES, INC., et al.,

    Defendants.
                                                        /

**ORDER HOLDING IN ABEYANCE PLAINTIFF'S
"MOTION FOR DEFAULT JUDGMENT . . . ," SUSPENDING SCHEDULING ORDER
DEADLINES, AND SETTING TELEPHONE CONFERENCE**

Pending before the court is Plaintiff Operating Engineers' Local 324 Fringe Benefits Funds' "Motion for Default Judgment or Other Appropriate Remedy for Failure to Provide Discovery." On October 4, 2011, the court resumed a hearing on Plaintiff's motion that the court had continued on September 22, 2011. After hearing arguments from counsel for Plaintiff and Defendants, the court indicated that it would hold the motion in abeyance pending Defendants' efforts to satisfy Plaintiff's discovery requests. Following the hearing, counsel, on the urging of the court, reported that they had developed a discovery plan going forward that permits Plaintiff to discover the information and documents it is seeking. Thereafter, the court informed the parties that it would hold a status conference in four weeks and would suspend all deadlines in the matter pending the conference. Accordingly,

IT IS ORDERED that Plaintiff's "Motion for Default Judgment . . ." be held in abeyance.

IT IS FURTHER ORDERED that counsel will participate in a telephonic status conference on **November 2, 2011 at 3:30 p.m.**  The court will initiate the call.

IT IS FURTHER ORDERED that the deadlines set forth in "Scheduling Order" [Dkt. # 26] are SUSPENDED pending the telephone conference on November 2, 2011.

```
                                    S/Robert H. Cleland
                                    ROBERT H. CLELAND
                                    UNITED STATES DISTRICT JUDGE
```

Dated:  October 5, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 5, 2011, by electronic and/or ordinary mail.

```
                                    S/Lisa Wagner
                                    Case Manager and Deputy Clerk
                                    (313) 234-5522
```