UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINEERS' LOCAL 324
FRINGE BENEFIT FUNDS and TRUSTEES
OF THE OPERATING ENGINEERS'
LOCAL 324 FRINGE BENEFIT FUNDS,

    Plaintiffs,                           Case No. 10-15072

v.                                        Hon. Robert H. Cleland

DEMREX INDUSTRIAL SERVICES, INC.,
ALTCHEM ENVIRONMENTAL SERVICES,
INC., BARRY C. PORTNOY, JASON
GOLDBERG and MARC G. BAILEY,

    Defendants.
_____/

| | |
|---|---|
| Jeffrey M. Lesser (P33298) | Ryan W. Jezdimir (P63065) |
| Attorney for Plaintiffs | Attorney for Defendants |
| 39040 West Seven Mile Road | 3201 University Drive, Suite 100 |
| Livonia, Michigan  48152 | Auburn Hills, Michigan  48326 |
| (734) 464-3603 | (248) 373-3700 |
| lesser@jeffreymlesser.com | rwjezdimir@mcalpinelawfirm.com |

_____/

## CONSENT JUDGMENT AGAINST DEMREX INDUSTRIAL SERVICES, INC.

    Plaintiffs having filed this action against Defendant Demrex  Industrial Services, Inc. ("Demrex"), the parties having agreed to resolution of this matter and stipulated to a Consent Judgment, entry of which appears appropriate,

    IT IS HEREBY ORDERED AND ADJUDGED as follows:

    1.    Judgment is entered in favor of Plaintiffs against Demrex for the sum of $534,773.53, plus attorney's fees and costs as permitted by law.

2. This Consent Judgment resolves claims against Demrex only and does not apply to claims against remaining Defendants in this action.

3. Plaintiffs' may file a motion for attorney's fees and costs at some point in the future if Plaintiffs' claims are not resolved, and such motion is not required to be filed within 28 days after entry of judgment.

Dated: 11/1/11

   s/Robert H. Cleland
U. S. District Judge

Approved as to form and content:

| s/Jeffrey M. Lesser_____ | s/with consent of Ryan W. Jezdimir_ |
|---|---|
| Jeffrey M. Lesser (P33298) | Ryan W. Jezdimir (P63065) |
| Attorney for Plaintiffs | Attorney for Demrex Industrial |
| 39040 West Seven Mile Road |    Services, Inc. |
| Livonia, Michigan  48152 | 3201 University Drive, Suite 100 |
| (734) 464-3603 | Auburn Hills, Michigan 48326 |
| lesser@jeffreymlesser.com | (248) 373-3700 |
| | rwjezdimir@mcalpinelawfirm.com |
| Dated: October 27, 2011 | Dated: October 27, 2011 |