**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

OPERATING ENGINEERS' LOCAL 324
FRINGE BENEFIT FUNDS,

      Plaintiff,

v.                                            Case No. 10-15072

ALTCHEM ENVIRONMENTAL SERVICES,
INC., et al.,

      Defendants.
                                              /

**ORDER SETTING DEADLINE TO PRODUCE REQUESTED
DISCOVERY AND SETTING TELEPHONE CONFERENCE**

On October 4, 2011, the court resumed a hearing on Plaintiff's motion for default judgment for failure to provide discovery [Dkt. # 28], during which the parties reported that they had developed a discovery plan going forward that permitted Plaintiff to discover the information and documents it was seeking. Thereafter, on two occasions, November 2 and 29, 2011, the court conducted telephonic status conferences with counsel for Plaintiff and Defendants. During the second conference, Plaintiff's counsel indicated that Defendants had partially complied with the discovery requests, but outstanding requests still remained. Defendants' counsel agreed to complete the remaining discovery contemplated in the parties' October 4, 2011 discovery plan within 14 days of the November 29, 2011 conference. Accordingly,

IT IS ORDERED that Defendants shall respond to any outstanding discovery requests made pursuant to the parties' mutually agreed upon October 4, 2011 discovery plan on or before **December 13, 2011**.

IT IS FURTHER ORDERED that the parties shall participate in a telephonic conference on **December 20, 2011, at 10:00 a.m.**  The court will initiate the call.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  December 1, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 1, 2011, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\10-15072.OPERATING.ENG.324.SetTeleConf.jrc.wpd