**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

OPERATING ENGINEERS' LOCAL 324
FRINGE BENEFIT FUNDS,

    Plaintiff,

v.                                                 Case No. 10-15072

DEMREX INDUSTRIAL SERVICES, INC., et al.,

    Defendants.
                                                        /

**ORDER HOLDING IN ABEYANCE AND SUSPENDING BRIEFING ON
DEFENDANTS' "MOTION FOR RELIEF FROM ORDER . . . ," AND
SETTING TELEPHONIC CONFERENCE**

On August 10, 2012, Defendants Demrex Industrial Services, Inc., Altchem Environmental Services, Inc., Barry Portnoy, and Marc Bailey filed a "Motion for Relief from Order . . . ," which the court construes as a motion for reconsideration under Eastern District of Michigan Local Rule 7.1(h).  Defendants state that they are unable to comply with a provision of the court's "Order Directing Defendants to Provide Accounting Information," which requires them to produce, in a compressed zip file or compact disk, the accounting databases of Demrex and Altchem.  During an August 15, 2012 off-the-record telephonic conference, counsel for the parties, at the suggestion of the court, agreed to work toward a practical solution to produce the accounting information.  The court said it would hold the motion in abeyance and suspend the briefing schedule while the parties worked cooperatively toward a resolution.  Accordingly,

IT IS ORDERED that Defendants' "Motion for Relief from Order . . ." [Dkt. # 69] is HELD IN ABEYANCE and briefing on the motion is SUSPENDED pending further court order.

IT IS FURTHER ORDERED that counsel for the parties are DIRECTED to participate in a telephonic conference on **August 21, 2012, at 2:30 p.m.** The court will initiate the call.

      s/Robert H. Cleland  
     ROBERT H. CLELAND  
     UNITED STATES DISTRICT JUDGE

Dated: August 16, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 16, 2012, by electronic and/or ordinary mail.

      s/Lisa Wagner  
     Case Manager and Deputy Clerk  
     (313) 234-5522

S:\Cleland\JRC\Opinions and Orders\10-15072.Operating.Eng.324.Hold.Reconsideration.Abeyance.Telephone.Conf.jrc.wpd

2