UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINEERS' LOCAL 324
FRINGE BENEFIT FUNDS,

    Plaintiff,

v.                                          Case No. 10-15072

DEMREX INDUSTRIAL SERVICES, INC., et al.,

    Defendants.
                                                  /

**ORDER HOLDING IN ABEYANCE AND SUSPENDING BRIEFING ON DEFENDANTS' "MOTION FOR RELIEF FROM ORDER . . . ," AND SETTING TELEPHONIC CONFERENCE**

On August 10, 2012, Defendants Demrex Industrial Services, Inc., Altchem Environmental Services, Inc., Barry Portnoy, and Marc Bailey filed a "Motion for Relief from Order . . . ," which the court construes as a motion for reconsideration under Eastern District of Michigan Local Rule 7.1(h). Defendants state that they are unable to comply with a provision of the court's "Order Directing Defendants to Provide Accounting Information," which requires them to produce, in a compressed zip file or compact disk, the accounting databases of Demrex and Altchem. During an August 15, 2012 off-the-record telephonic conference, counsel for the parties, at the suggestion of the court, agreed to work toward a practical solution to produce the accounting information. The court said it would hold the motion in abeyance and suspend the briefing schedule while the parties worked cooperatively toward a resolution. Accordingly,

IT IS ORDERED that Defendants' "Motion for Relief from Order . . ." [Dkt. # 69] is HELD IN ABEYANCE and briefing on the motion is SUSPENDED pending further court order.

IT IS FURTHER ORDERED that counsel for the parties are DIRECTED to participate in a telephonic conference on **August 21, 2012, at 2:30 p.m.**  The court will initiate the call.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  August 16, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 16, 2012, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522