**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

OPERATING ENGINEERS' LOCAL 324
FRINGE BENEFIT FUNDS,

    Plaintiff,

v.                                                    Case No. 10-15072

DEMREX INDUSTRIAL SERVICES,
INC., et al.,

    Defendants.
                                            /

**ORDER DIRECTING DEFENDANTS TO PROVIDE DISCOVERY
AND
SCHEDULING TELEPHONIC CONFERENCE**

The court held an off-the-record telephonic conference with counsel to discuss what progress had been made on the outstanding discovery items from Plaintiff's May 31, 2011 request for production.  The court commends what appears to be recent cooperative efforts between the parties.  Plaintiff emailed Defendants on October 20, 2012, with a list of five discovery requests that remain from its May 31, 2011 request for production.  The court expects that these final discovery requests can be produced in a timely fashion, and Defendants carry the burden of making reasonable efforts to proffer the items.  Accordingly,

    IT IS ORDERED that Defendants are DIRECTED to produce the five discovery requests detailed in Plaintiff's October 20, 2012 email by **November 22, 2012**.

    IT IS FURTHER ORDERED that counsel shall participate in a telephonic status

conference on **December 3, 2012 at 4:00 pm**.  The court will initiate the call.

 s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  November 14, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 14, 2012, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522